UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL FLYNN,

    Plaintiff,

v.                                          Case No:   2:21-cv-946-JES-NPM

NANCY PELOSI, BENNIE
THOMPSON, ELIZABETH CHENEY,
ADAM SCHIFF, JAMIE RASKIN,
SUSAN LOFGREN, ELAINE
LURIA, PETER AGUILAR,
STEPHANIE MURPHY, ADAM
KINZINGER, and SELECT
COMMITTEE TO INVESTIGATE
THE JANUARY 6TH ATTACK ON
THE UNITED STATES CAPITOL,

    Defendants.

_____

**ORDER**

    This matter comes before the Court on review of plaintiff's Complaint (Doc. #1) filed on December 21, 2021, which states that Plaintiff resides in Englewood, Florida.  (Id., ¶ 53.)  Englewood is located in Sarasota County.

    Pursuant to Rule 1.04(b), "[a] party must begin an action in the division to which the action is most directly connected or in which the action is most conveniently advanced. The judge must transfer the action to the division most consistent with the purpose of this rule." M.D. Fla. R. 1.04(b).  Sarasota County is within the Tampa Division of the Middle District of Florida. M.D. Fla. R. 1.04(a).   Having determined that the relevant events

occurred in the Tampa Division, and finding no connection with the Fort Myers Division, the Court finds that this case should be transferred to the Tampa Division of the Middle District of Florida.

Accordingly, it is hereby

**ORDERED:**

The Clerk is directed to transfer this case to the Tampa Division of the Middle District of Florida for all further proceedings.  The Clerk shall terminate all deadlines, any pending motions, and close the Fort Myers file.

**DONE and ORDERED** at Fort Myers, Florida, this   21st   day of December 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record