**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Ft. Myers Division**

Case No.: _____

**MICHAEL FLYNN,**

      Plaintiff,

v.

**NANCY PELOSI**, in her official capacity as
Speaker of the United States House of
Representatives, e*t. al.*,

      Defendants.
_____/

**DECLARATION OF MICHAEL FLYNN**

I, MICHAEL FLYNN, declare as follows:

      1.      I am the Plaintiff in the above-captioned matter. I am an adult over the

age of eighteen and am competent to testify as to the matters herein. The contents

of this declaration are made upon personal knowledge unless otherwise stated.

      2.      I am a resident of the State of Florida.

      3.      I am a private citizen and a retired Lieutenant General in the United

States Army.

4.      I served as the United States National Security Advisor in the Donald

J. Trump Administration, and, earlier, as the Director of the Defense Intelligence

Agency.

5.      I did not organize, speak at, or actively participate in any of the rallies

or protests in Washington, D.C. on January 6, 2021, and I did not participate in the

attack on the United States Capitol that day.

Executed on December 20, 2021 at Englewood, Florida.

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

DocuSigned by:

0ADABD173793448...

_____

Michael Flynn